IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HASKINS, | : | 1:16-cv-2002 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| ERIC TICE, *et al.*, | : | Hon. Martin C. Carlson |
| | : | |
| Defendants. | : | |

## ORDER

### November 4, 2016

**AND NOW**, upon consideration of the Report and Recommendation (Doc.3) of Chief United States Magistrate Judge Martin C. Carlson recommending that Plaintiff's *pro se* Complaint (Doc. 1) be dismissed without prejudice, and the Court noting that the copy of the aforementioned Report and Recommendation was mailed to the Plaintiff at his last known address, but that it was returned to the Clerk of Court as "Undeliverable, Unable to Forward, No New Address on File," (Doc. 4), and thus further noting that there is no clear error on the record, *see Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (explaining that "failing to timely object to [a report and recommendation] in a civil proceeding may result in forfeiture of *de novo* review at the district court level") and the Court finding Judge Carlson's analysis to be thorough, well-reasoned, and fully supported by the record

**IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 3) of Magistrate Judge Carlson is **ADOPTED** in its entirety.

2. The Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
